UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 08 B 21083
   SERINGE C NJIE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3798
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/12/2008 and was not confirmed.

     The case was dismissed without confirmation 12/17/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK NATIONAL ASSOCIA | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| CB USA INC | UNSECURED | 290.00 | .00 | .00 |
| COOK COUNTY TREASURER | SECURED | 3194.96 | .00 | .00 |
| US BANK NATIONAL ASSOCIA | CURRENT MORTG | .00 | .00 | .00 |
| US BANK NATIONAL ASSOCIA | MORTGAGE ARRE | 24767.91 | .00 | .00 |
| US BANK NATIONAL ASSOCIA | CURRENT MORTG | .00 | .00 | .00 |
| US BANK NATIONAL ASSOCIA | MORTGAGE ARRE | 1623.62 | .00 | .00 |
| BELLSOUTH | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| INGALLS MIDWEST EMERGENC | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANCARD CHARTER | UNSECURED | 316.13 | .00 | .00 |
| INGALLS MEMORIAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| ST MARGARET MERCY HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CREDIT SYSTEMS | UNSECURED | 6431.00 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER LEARNING CENTER | UNSECURED | 9995.00 | .00 | .00 |
| TRI CAP INVESTMENT PARTN | UNSECURED | NOT FILED | .00 | .00 |
| SECOND START | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
```
TRUSTEE                         .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        --------------    --------------
TOTALS                          .00               .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 21083 SERINGE C NJIE

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
Dated: 03/05/09              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE